445 A.2d 250

Preedit et ux. v. Vitale et ux., Appellants.

Argued April 15, 1981. Mario P. Restifo, for appellants; Robert N. Spaeder, for appellees.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Judgment affirmed.

CAVANAUGH, J., filed a memorandum dissenting opinion.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.

445 A.2d 250

Price, etc. v. J. M. Fein, et al.

Appeal of J. M. Fein and I. L. Kone, Inc.

Argued September 9, 1980. James Markam, for appellant; Nicholas A. Leonard, for Price, appellee; Glen W. Snyder, for Colonial, appellee; Roberta Griffin Mason, for Philadelphia National, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.